# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 09-5383                                    September Term 2009

1:05-cv-01506-RMC

**Filed On:** June 22, 2010

Sufyian Barhoumi, Detainee,

      Appellant

      v.

Barack Obama, President of the United
States, et al.,

      Appellees

      **BEFORE:**    Ginsburg, Tatel and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed June 21, 2010, and the response thereto; and appellees' motion to modify court's June 11, 2010 order to show cause, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the Clerk be directed to issue the public version of the court's opinion filed June 11, 2010, with the classified material redacted. It is

**FURTHER ORDERED** that the motion to modify be granted as to case No. 09-5383 only. It is

**FURTHER ORDERED** that the government's suggestions that the court adopt certain practices regarding preparation, use, and handling of classified material in opinions and judgments in all Guantanamo habeas appeals be referred to the full court.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk